DANIEL G. BOGDEN
United States Attorney
ERIC JOHNSON
NICHOLAS DICKINSON
Assistant United States Attorney
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-5087

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:10-cr-216-PMP(PAL) |
| Plaintiff, | |
| vs. | **STIPULATION FOR PROTECTIVE ORDER** |
| STEFAN GEORGIEV | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED between the parties, DANIEL G. BOGDEN, United States Attorney for the District of Nevada, and ERIC JOHNSON and NICHOLAS DICKINSON, Assistant United States Attorney, counsel for the United States, and Randall Roske, counsel for defendant Stefan Georgiev, that this Court issue an Order protecting from disclosure to the public any discovery documents containing the personal identifying information such as social security numbers, drivers license numbers, dates of birth, or addresses, of participants, witnesses and victims in this case. Such documents shall be referred to hereinafter as "Protected Documents." The parties state as follows:

1. Protected Documents which may be used by the government in its case in chief include personal identifiers, including social security numbers, drivers license numbers, dates of birth, and addresses, of participants, witnesses, and victims in this case.

2. Discovery in this case is voluminous and many of these documents include personal identifiers. Redacting the personal identifiers of participants, witnesses, and victims would prevent the timely disclosure of discovery to the defendant.

3. The United States agrees to provide Protected Documents without redacting the personal identifiers of participants, witnesses, and victims

4. Access to Protected Documents will be restricted to persona authorized by the Court, namely defendant, attorneys of record and attorneys, paralegals, investigators, experts, and secretaries employed by the attorneys of record and performing on behalf of defendant.

5. The following restrictions will be placed on the defendant, defendant's attorney and the above-designated individuals unless and until further ordered by the Court. Defendant, defendant's attorney and the above-designated individuals shall not:

    a. make copies for, or allow copies of any kind to be made by any other person of Protected Documents;

    b. allow any other person to read Protected Documents; and

    c. use Protected Documents for any other purpose other than preparing to defend against the charges in the Superseding Indictment or any further superseding indictment arising out of this case.

6. Defendant's attorney shall inform any person to whom disclosure may be made pursuant to this order of the existence and terms of this Court's order.

7. The requested restrictions shall not restrict the use or introduction as evidence of discovery documents containing personal identifying information such as social security numbers, drivers license numbers, dates of birth, and addresses during the trial of this matter.

8. Upon conclusion of this action, defendant's attorney shall return to government counsel or destroy and certify to government counsel the destruction of all discovery documents containing personal identifying information such as social security numbers, drivers license numbers, dates of birth, and addresses within a reasonable time, not to exceed thirty days after the last appeal is final.

DANIEL G. BOGDEN
United States Attorney

\_\_\_/s/_____  July 13, 2012
ERIC JOHNSON                    DATE
NICHOLAS DICKINSON
Assistant United States Attorneys

\_\_\_/s/_____  July 13, 2012
RANDALL ROSKE, Esq.             DATE
Counsel for defendant Stefan Georgiev

## ORDER

IT IS SO ORDERED this \_ 13th day of July, 2012.

_____
PHILIP M. PRO
UNITED STATES DISTRICT JUDGE